**LITE DEPALMA GREENBERG & AFANADOR**

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

October 1, 2024

<u>**Via ECF**</u>
Judge Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Casciano v. City of Paterson, et al.*
      **Civil Action No.: 2:19-cv-09475 (CCC)(MAH)**

Dear Judge Hammer:

  This office represents the City of Paterson, Paterson Police Department, Chief Troy Oswald and Director Jerry Speziale (the "City Defendants"), in the above-referenced matter. City Defendants write to the Court to request a status conference for the reasons discussed more fully herein.

  City Defendants and Plaintiff recently conferred to discuss the Court's recent opinion and order [Docket Entry Number 147] and Plaintiff's position on exploring settlement in light of same. As the Court is aware, Judge Cecchi recently assigned a mediator to this case [Docket Entry Number 148] and Plaintiff just recently filed a Fourth Amended Complaint. *See* Docket Entry Number 150. The parties are interested in exploring a case management before your Honor, as your Honor is familiar with this case, and has previously presided over other settlement conferences in this matter. Further, the parties would like to discuss amending the discovery deadlines in this case in light of the recent opinion and order as well as Plaintiff filing a Fourth Amended Complaint. Accordingly, the parties request a status conference before your Honor to discuss recent developments in this case prior to engaging in additional motion practice.

  Should Your Honor have any questions or concerns, please do not hesitate to have your chambers contact me.

            Respectfully,

            */s/ Victor A. Afanador*

            Victor A. Afanador, Esq.

VAA/cd
cc: All Counsel of Record (via ECF)

1009707.1